**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Brooks James TERRELL, Defendant—
Appellant.**

No. 06–6165.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2007.

Decided: April 11, 2007.

Brooks James Terrell, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brooks James Terrell appeals the district court order denying his motion for a reduction to his sentence under 18 U.S.C. § 3582(c) (2000). We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. *See United States v. Terrell,* No. CR–99–610–HMH (D.S.C. Dec. 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*